Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DWJC Holdings, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Unigraphics** <br> **DBA  DWJC Printers** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **33-0775454** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **18091 Comstock Avenue** <br> **Sonoma, CA 95476** <br> Number, Street, City, State & ZIP Code <br><br> **Sonoma** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://dwjcprinters.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3231__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Case: 24-10245   Doc# 1   Filed: 05/03/24   Entered: 05/03/24 19:56:15   Page 2 of 36

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

               Contact name _____

               Phone _____

---

### ▉ Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion

■ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May  3, 2024**
MM / DD / YYYY

**X /s/ Eddie Ranchigoda**
Signature of authorized representative of debtor

**Eddie Ranchigoda**
Printed name

Title  **Acting CFO**

**18. Signature of attorney**

**X /s/ Arasto Farsad**
Signature of attorney for debtor

Date  **May  3, 2024**
MM / DD / YYYY

**Arasto Farsad**
Printed name

**Farsad Law Office, P.C.**
Firm name

**1625 The Alameda, Suite 525**
**San Jose, CA 95126**
Number, Street, City, State & ZIP Code

Contact phone  **408-641-9966**     Email address  **Farsadlaw1@gmail.com**

**273118 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **DWJC Holdings, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  3, 2024**          X  **/s/ Eddie Ranchigoda**
                                            Signature of individual signing on behalf of debtor

                                         **Eddie Ranchigoda**
                                         Printed name

                                         **Acting CFO**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | DWJC Holdings, Inc. | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMEX P.O. BOX 981535 El Paso, TX 79998-1535 | | Revolving Credit Card | | | | $35,186.69 |
| AMEX P.O. BOX 981535 El Paso, TX 79998-1535 | | Revolving Credit Card | | | | $33,974.79 |
| AMEX P.O. BOX 981535 El Paso, TX 79998-1535 | | Revolving Credit Card | | | | $21,191.09 |
| AMEX P.O. BOX 981535 El Paso, TX 79998-1535 | | Revolving Credit Card | | | | $2,044.90 |
| Bank of America (US SBA) PO Box 17237 Wilmington, DE 19886-7237 | | SBA Paycheck Protection Program Term Loan (SBA # 3196777410 ) | | | | $22,240.59 |
| BHG (Mastercard) PO Box 980938 West Sacramento, CA 95798 | | Revolving Credit Card | | | | $21,058.81 |
| Every Day Envelopes 7738 Scout Ave. Bell Gardens, CA 90201 | | Vendor Debt | | | | $2,955.22 |
| Expansion Capital Group 5801 S. Corporate Place Sioux Falls, SD 57108 | | All of Debtor's tangible & intangible properties/assets | | $20,000.00 | $30,394.66 | $20,000.00 |

Case: 24-10245   Doc# 1   Filed: 05/03/24   Entered: 05/03/24 19:56:15   Page 7 of 36

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kapitus LLC/Kapitus Servicing, Inc, 2500 Wilson Boulevard, Suite 350 Arlington, VA 22201** | **Jacquelin Messina jmessina@kapitus. com 646-876-2025** | **All of Debtor's Tangible & Intangible Properties/Assets** | | **$35,213.00** | **$30,394.66** | **$35,213.00** |
| **Lending Point/FinWest Bank 1201 Roberts Blvd., Suite 200 Kennesaw, GA 30144** | | **Installment Loan, Unsecured** | | | | **$12,316.89** |
| **OCDM Direct Mail Marketing 2672 Dow Ave. Tustin, CA 92780** | | **Vendor Debt** | | | | **$6,911.06** |
| **Regional Finance 1325 Spruce, Suite 300 Riverside, CA 92507** | | **Installment Loan, Unsecured** | | | | **$2,207.61** |
| **SBA CESC - COVID EIDL Service Center 14925 Kingsport Rd. Fort Worth, TX 76155** | | **All of Debtor's tangible & intangible properties/assets** | | **$139,905.43** | **$30,394.66** | **$109,510.77** |
| **TAM Printing 2961 E. White Star Ave. Anaheim, CA 92806** | | **Vendor Debt** | | | | **$3,043.75** |
| **Uline 12575 Uline Dr. Pleasant Prairie, WI 53158** | | **Vendor Debt** | | | | **$5,000.00** |

Fill in this information to identify the case:

Debtor name **DWJC Holdings, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................  $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................  $ _____ 30,394.66

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................................  $ _____ 30,394.66

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ _____ 230,118.43

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................  $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................  +$ _____ 168,131.40

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 398,249.83

Case: 24-10245    Doc# 1    Filed: 05/03/24    Entered: 05/03/24 19:56:15    Page 9 of 36

**Fill in this information to identify the case:**

Debtor name    **DWJC Holdings, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America Checking Acct. 4084 (as of Mar. 31, 2024)** | Checking | 4084 | $20.70 |
| 3.2. | **Bank of America - Savings Acct. 3602** | Savings | 4584 | $3,602.07 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     $3,622.77

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Store/Office Rental Deposit** | $6,100.00 |
| --- | --- | --- |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **DWJC Holdings, Inc.**          Case number *(If known)* _____
<br>_____Name_____

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | **$6,100.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
<br>■ Yes Fill in the information below.

11.      **Accounts receivable**

11b. Over 90 days old:      **30,384.76** - **15,192.38** =.... **$15,192.38**
<br>           face amount        doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | **$15,192.38** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
<br>☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
<br>■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Inventory: (a) Paper - various stock and sizes, approximately 1,000 sheets; (b) Envelopes #10; (c) Large envelopes; (d) Boxes and unprinted packaging; and (e) Shrink wrap materials** | 3/31/2024 | $1,655.10 | Liquidation | $1,655.10 |

20.      **Work in progress**

21.      **Finished goods, including goods held for resale**

22.      **Other inventory or supplies**

| 23. | **Total of Part 5.** | **$1,655.10** |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24.      **Is any of the property listed in Part 5 perishable?**
<br>     ■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures**<br>**(a) 3 desks; (b) 4 office chairs; (c) Various shelves; (d) Filing cabinets; (e) Counters; (f) Coffee machine; and (g) Mini-Refrigerator** | **$1,484.41** | **Liquidation** | **$1,484.41** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**4 Desktop Computers, 3 Printers, Scanner, 2 Uline Shrink Wrap System, Industrial Cutter ProCut MPS, Heavy Duty Wood Guillotine Cutter, JB Light Desk, 2 Heat Guns, Scoring/Perforation Machine.** | **$2,340.00** | **Liquidation** | **$2,340.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.

   | | **$3,824.41** |
   |---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Case: 24-10245    Doc# 1    Filed: 05/03/24    Entered: 05/03/24 19:56:15    Page 12 of 36

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:       Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **DWJC Holdings, Inc.**          Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,622.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,100.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,192.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,655.10 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,824.41 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $30,394.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $30,394.66 |

Case: 24-10245    Doc# 1    Filed: 05/03/24    Entered: 05/03/24 19:56:15    Page 14 of 36

Debtor name **DWJC Holdings, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Canon Financial Services, Inc.**<br>Creditor's Name<br><br>**14904 Collections Center Drive**<br>**Chicago, IL 60693-0149**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2/2019**<br>**Last 4 digits of account number**<br>**1005**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Leased Canon Press Units & Supplies**<br><br><br>**Describe the lien**<br>**Equipment Acquisition Agreement  Lease-UCCs filed 4/05/2018 & 4/03/2023**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$35,000.00** | **$35,000.00** |
| **2.2** **Expansion Capital Group**<br>Creditor's Name<br><br>**5801 S. Corporate Place**<br>**Sioux Falls, SD 57108**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**8/2023**<br>**Last 4 digits of account number**<br>**1652** | **Describe debtor's property that is subject to a lien**<br>**All of Debtor's tangible & intangible properties/assets**<br><br>**Describe the lien**<br>**Commercial Loan & Security Agreement - UCC filed 4/03/2023**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$20,000.00** | **$30,394.66** |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Kapitus LLC/Kapitus Servicing, Inc,** | | $35,213.00 | $30,394.66 |
|---|---|---|---|---|

Creditor's Name

**2500 Wilson Boulevard, Suite 350
Arlington, VA 22201**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All of Debtor's tangible & intangible properties/assets**

**Describe the lien**
**Purchase Agreement (Sale of Accounts, Receipts, Contracts) UCC filed 2/29/2024**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**jmessina@kapitus.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**11/2023**

**Last 4 digits of account number**

**7361**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **SBA** | | $139,905.43 | $30,394.66 |
|---|---|---|---|---|

Creditor's Name

**CESC - COVID EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All of Debtor's tangible & intangible properties/assets**

**Describe the lien**
**Economic Injury Disaster Loan (EIDL) - UCC filed 7/12/2020**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**7/2020**

**Last 4 digits of account number**

**8002**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $230,118.43 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

| Debtor | **DWJC Holdings, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Case: 24-10245   Doc# 1   Filed: 05/03/24   Entered: 05/03/24 19:56:15   Page 17 of 36

**Fill in this information to identify the case:**

Debtor name __DWJC Holdings, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,044.90 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**AMEX**
**P.O. BOX 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred _

Last 4 digits of account number __1007__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revolving Credit Card__

Is the claim subject to offset? ☑ No ☐ Yes

**Amount of claim: $2,044.90**

---

**3.2** Nonpriority creditor's name and mailing address
**AMEX**
**P.O. BOX 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred _

Last 4 digits of account number __2005__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revolving Credit Card__

Is the claim subject to offset? ☑ No ☐ Yes

**Amount of claim: $33,974.79**

---

**3.3** Nonpriority creditor's name and mailing address
**AMEX**
**P.O. BOX 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred _

Last 4 digits of account number __2000__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revolving Credit Card__

Is the claim subject to offset? ☑ No ☐ Yes

**Amount of claim: $35,186.69**

---

**3.4** Nonpriority creditor's name and mailing address
**AMEX**
**P.O. BOX 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred _

Last 4 digits of account number __3008__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revolving Credit Card__

Is the claim subject to offset? ☑ No ☐ Yes

**Amount of claim: $21,191.09**

Case: 24-10245   Doc# 1   Filed: 05/03/24   Entered: 05/03/24 19:56:15   Page 18 of 36
45739

---

**3.5** | Nonpriority creditor's name and mailing address

**Bank of America (US SBA)**
**PO Box 17237**
**Wilmington, DE 19886-7237**

Date(s) debt was incurred  **5/2020**

Last 4 digits of account number  **8173**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SBA Paycheck Protection Program Term Loan (SBA # 3196777410 )**

Is the claim subject to offset? ☐ No ☐ Yes

**$22,240.59**

---

**3.6** | Nonpriority creditor's name and mailing address

**BHG (Mastercard)**
**PO Box 980938**
**West Sacramento, CA 95798**

Date(s) debt was incurred  _

Last 4 digits of account number  **5400**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Credit Card**

Is the claim subject to offset? ☐ No ☐ Yes

**$21,058.81**

---

**3.7** | Nonpriority creditor's name and mailing address

**Every Day Envelopes**
**7738 Scout Ave.**
**Bell Gardens, CA 90201**

Date(s) debt was incurred  **10/2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,955.22**

---

**3.8** | Nonpriority creditor's name and mailing address

**Franchise Tax Board (California)**
**PO Box 2952**
**Sacramento, CA 95812**

Date(s) debt was incurred  _

Last 4 digits of account number  **5454**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9** | Nonpriority creditor's name and mailing address

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred  _

Last 4 digits of account number  **5454**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**Lending Point/FinWest Bank**
**1201 Roberts Blvd., Suite 200**
**Kennesaw, GA 30144**

Date(s) debt was incurred  **3/2023**

Last 4 digits of account number  **1112**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Installment Loan, Unsecured**

Is the claim subject to offset? ☐ No ☐ Yes

**$12,316.89**

---

**3.11** | Nonpriority creditor's name and mailing address

**OCDM Direct Mail Marketing**
**2672 Dow Ave.**
**Tustin, CA 92780**

Date(s) debt was incurred  **9/2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,911.06**

---

Case: 24-10245    Doc# 1    Filed: 05/03/24    Entered: 05/03/24 19:56:15    Page 19 of 36

Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,207.61 |

**Regional Finance**
**1325 Spruce, Suite 300**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Installment Loan, Unsecured**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,043.75 |

**TAM Printing**
**2961 E. White Star Ave.**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

Basis for the claim:  **Vendor Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |

**Uline**
**12575 Uline Dr.**
**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

Basis for the claim:  **Vendor Debt**

Last 4 digits of account number  **2754**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 168,131.40 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 168,131.40 |

Case: 24-10245   Doc# 1   Filed: 05/03/24   Entered: 05/03/24 19:56:15   Page 20 of 36

Debtor name **DWJC Holdings, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Aquisition Agreement Lease** | |
|---|---|---|---|
| | State the term remaining | **6 months** | |
| | List the contract number of any government contract | | **Canon Financial Services, Inc.** **14904 Collections Center Drive** **Chicago, IL 60693-0149** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease (2020 Nissan Leaf)** | |
|---|---|---|---|
| | State the term remaining | **4 years (3/20/2028)** | |
| | List the contract number of any government contract | | **Nissan Motor Acceptance Company LLC** **PO Box 660366** **Dallas, TX 75266-0366** |

Case: 24-10245    Doc# 1    Filed: 05/03/24    Entered: 05/03/24 19:56:15    Page 21 of 36

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dawn Cooray** | **25022 Las Marias Lane Mission Viejo, CA 92691** | **Lending Point/FinWest Bank** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.2 | **Dawn Cooray** | **25022 Las Marias Lane Mission Viejo, CA 92691** | **Regional Finance** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.3 | **Dawn Cooray** | **25022 Las Marias Lane Mission Viejo, CA 92691** | **Kapitus LLC/Kapitus Servicing, Inc,** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Dawn Cooray** | **25022 Las Marias Lane Mission Viejo, CA 92691** | **Nissan Motor Acceptance Company LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$100,441.03** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$577,238.22** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$422,926.00** |

2. **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | | | |

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **FARSAD LAW OFFICE, P.C.**<br>**1625 The Alameda, Suite 525**<br>**San Jose, CA 95126** | Attorney fees: $20,000; filing fee: $1,738 | **2/27/2024** | $21,738.00 |
| | **Email or website address**<br>**www.farsadlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

### Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Case: 24-10245   Doc# 1   Filed: 05/03/24   Entered: 05/03/24 19:56:15   Page 25 of 36

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

Case: 24-10245    Doc# 1    Filed: 05/03/24    Entered: 05/03/24 19:56:15    Page 26 of 36

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Case: 24-10245   Doc# 1   Filed: 05/03/24   Entered: 05/03/24 19:56:15   Page 27 of 36

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Eddie Ranchigoda | 3/31/2024 | $1,665.00 |

| Name and address of the person who has possession of inventory records |
|---|
| DWJC Holdings, Inc.<br>13321 Garden Grove Blvd.<br>Garden Grove, CA 92843 |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dawn Cooray | 25022 Las Marias Lane<br>Mission Viejo, CA 92691 | CEO, Business Owners | 51% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Winston Ranchigoda | 25022 Las Marias Lane<br>Mission Viejo, CA 92691 | CFO, Business Owner | 49% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Case: 24-10245    Doc# 1    Filed: 05/03/24    Entered: 05/03/24 19:56:15    Page 28 of 36

■ No
□ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
□ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May  3, 2024**

**/s/ Eddie Ranchigoda**                                     **Eddie Ranchigoda**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      **Acting CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
□ Yes

# United States Bankruptcy Court
## Northern District of California

In re __DWJC Holdings, Inc._____  Case No. _____

                                    Debtor(s)  Chapter   __11_____

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case ................................ $ _____ 20,000.00
    b)  Prior to the filing of this statement, debtor(s) have paid ................ $ _____ 20,000.00
    c)  The unpaid balance due and payable is ................................ $ _____ 0.00

3.  $ __1,738.00__ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a.  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b.  Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    c.  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: __May  3, 2024_____          Respectfully submitted,


                                              __/s/ Arasto Farsad_____
                                              Attorney for Debtor: **Arasto Farsad**
                                              **Farsad Law Office, P.C.**
                                              **1625 The Alameda, Suite 525**
                                              **San Jose, CA 95126**
                                              **408-641-9966**
                                              **Farsadlaw1@gmail.com**

# United States Bankruptcy Court
## Northern District of California

In re **DWJC Holdings, Inc.** _____ Case No. _____
Debtor(s)   Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Dawn Cooray**<br>**25022 Las Marias Lane**<br>**Mission Viejo, CA 92691** | | | **51% business ownership interest** |
| **Winston Ranchigoda**<br>**25022 Las Marias Lane**<br>**Mission Viejo, CA 92691** | | | **49% business ownership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Acting CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date **May 3, 2024** _____   Signature **/s/ Eddie Ranchigoda** _____
**Eddie Ranchigoda**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                          Case No.

    **DWJC Holdings, Inc.**


_____ Debtor(s). _____ /

<u>**CREDITOR MATRIX COVER SHEET**</u>


     I declare that the attached Creditor Mailing Matrix, consisting of __3__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **May  3, 2024**


                                 **/s/ Arasto Farsad**
                                 Signature of Debtor's Attorney or Pro Per Debtor

AMEX
P.O. BOX 981535
El Paso, TX 79998-1535


Bank of America (US SBA)
PO Box 17237
Wilmington, DE 19886-7237


BHG (Mastercard)
PO Box 980938
West Sacramento, CA 95798


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


Dawn Cooray
25022 Las Marias Lane
Mission Viejo, CA 92691


Every Day Envelopes
7738 Scout Ave.
Bell Gardens, CA 90201


Expansion Capital Group
5801 S. Corporate Place
Sioux Falls, SD 57108


Franchise Tax Board (California)
PO Box 2952
Sacramento, CA 95812

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Kapitus LLC/Kapitus Servicing, Inc,
2500 Wilson Boulevard, Suite 350
Arlington, VA 22201


Lending Point/FinWest Bank
1201 Roberts Blvd., Suite 200
Kennesaw, GA 30144


Nissan Motor Acceptance Company LLC
PO Box 660366
Dallas, TX 75266-0366


OCDM Direct Mail Marketing
2672 Dow Ave.
Tustin, CA 92780


Regional Finance
1325 Spruce, Suite 300
Riverside, CA 92507


SBA
CESC - COVID EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155


TAM Printing
2961 E. White Star Ave.
Anaheim, CA 92806

Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158

# United States Bankruptcy Court
## Northern District of California

In re  **DWJC Holdings, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **DWJC Holdings, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  3, 2024**

Date

**/s/ Arasto Farsad**

**Arasto Farsad**

Signature of Attorney or Litigant

Counsel for   **DWJC Holdings, Inc.**

**Farsad Law Office, P.C.**

**1625 The Alameda, Suite 525**
**San Jose, CA 95126**
**408-641-9966**
**Farsadlaw1@gmail.com**