ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

|  |  |
|---|---|
| In re:<br><br>DWJC HOLDINGS, INC.,<br><br>Debtor. | Case No. 24-10245 CN<br>Chapter 11<br><br>**REQUEST FOR ENTRY OF ORDER BY DEFAULT; DECLARATION OF COUNSEL IN SUPPORT; AND CERTIFICATE OF SERVICE**<br><br>**Judge: Hon. Charles Novack** |

TO THE CLERK OF THE COURT: Comes now the Debtor in the above referenced case, DWJC Holdings, Inc., by and through its counsel, Farsad Law Office, P.C., and hereby requests that the Clerk grant the APPLICATION FOR FINAL DECREE (the "APPLICATION") (Dkt. No. #75) as all interested and served parties have failed to object or request a hearing on the NOTICE AND OPPORTUNITY FOR HEARING (Dkt. No. #77) that was filed concurrently with the MOTION. This request is supported by the Declaration of Counsel filed herewith.

Respectfully submitted,

FARSAD LAW OFFICE, P.C.

*/s/ Nancy Weng*          Dated: March 12, 2025
Nancy Weng, Esq.
Attorney for Debtor

Request for Entry of Order by Default; Declaration in Support; And Certificate of Service - 1

## DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR ENTRY OF ORDER BY DEFAULT

I, Nancy Weng, counsel for DWJC HOLDINGS, INC., the Debtor / debtor-in-possession herein, hereby declare as follows:

1. I personally know the facts recited below, and if called as a witness, I would competently testify thereto.

2. I am an attorney duly admitted to practice before all courts of the State of California as well as the Northern District of California.

3. I serve as the counsel for the Debtor in the above-entitled bankruptcy case.

4. On December 16, 2024, the Debtor filed and served upon all interested parties (in compliance with Rule 7004) the following documents:

   a) **NOTICE AND OPPORTUNITY FOR HEARING ON APPLICATION FOR FINAL DECREE;**
   b) **APPLICATION FOR FINAL DECREE; and**
   c) **DECLARATION OF EDDIE RANCHIGODA IN SUPPORT OF APPLICATION FOR FINAL DECREE.**

5. The NOTICE AND OPPORTUNITY FOR HEARING specifically advised all served parties with their: 1) ability to object and/or to request a hearing; and 2) of their rights to do so, and the corresponding deadlines.

6. The period within which the parties were required to object and/or to request a hearing has officially expired and the Debtor now requests that the clerk of the court enter an order by default with regard to the Debtor's requested relief.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

FARSAD LAW OFFICE, P.C.

*/s/ Nancy Weng*                    Dated: March 12, 2025
Nancy Weng, Esq.
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I am at least 18 years of age. My business address is Farsad Law Office, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126.  On **March 12, 2025,** I served the following interested parties with the document described as follows:

1.     **REQUEST FOR ENTRY OF ORDER BY DEFAULT; DECLARATION OF COUNSEL IN SUPPORT; AND CERTIFICATE OF SERVICE**

**BY USPS FIRST CLASS MAIL:** by placing true copies thereof in sealed envelopes with postage fully prepaid in the United States mail from San Jose, California, to all parties on the attached **creditor court matrix / service list.**

**BY NOTICE OF ELECTRONIC FILING**: I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: **All CM/ECF registered participants in this case**

Executed on **March 12, 2025**, at **San Jose,** California. I declare under penalty of perjury that the above statements are true and correct.

FARSAD LAW OFFICE, P.C.

*/s/ Arasto Farsad*
Arasto Farsad

Label Matrix for local noticing
0971-1
Case 24-10245
California Northern Bankruptcy Court
Santa Rosa
Wed Mar 12 16:52:12 PDT 2025

AMEX
P.O. BOX 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

BHG (Mastercard)
PO Box 980938
West Sacramento, CA 95798-0938

Bank of America (US SBA)
PO Box 17237
Wilmington, DE 19850-7237

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Bankruptcy Group
P.O. Box 2952
Sacramento, CA 95812-2952

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149

Cedar Grove Partners, LLC
260 Baker Street E, Suite 100
Costa Mesa, CA 92626-4579

DWJC Holdings, Inc.
18091 Comstock Avenue
Sonoma, CA 95476-4259

Dawn Cooray
25022 Las Marias Lane
Mission Viejo, CA 92691-5121

Every Day Envelopes
7738 Scout Ave.
Bell Gardens, CA 90201-4942

(p)EXPANSION CAPITAL GROUP
5801 S CORPORATE PL
SIOUX FALLS SD 57108-5027

Expansion Capital Group LLC
3050 Peachtree Road NW, Suite 240
Atlanta, GA 30305-2386

Expansion Capital Group, LLC
c/o Aubrey Thrasher, LLC
3050 Peachtree Road NW, Suite 240
Atlanta, GA 30305-2386

Expansion Capital Group, LLC
c/o Aubrey Thrasher, LLC
12 Powder Springs Street
Suite 240
Marietta, GA 30064-7205

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Arasto Farsad
Farsad Law Office, P.C.
1625 The Alameda, Suite 525
San Jose, CA 95126-2224

Franchise Tax Board (California)
PO Box 2952
Sacramento, CA 95812-2952

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Savith Iyengar
United States Attorney's Office
Northern District of California
450 Golden Gate Ave., 9th Fl., Box 36055
San Francisco, CA 94102-3432

Jason Khano
12 Powder Springs Street
Suite 240
Marietta, GA 30064-7205

Kapitus LLC/Kapitus Servicing, Inc,
2500 Wilson Boulevard, Suite 350
Arlington, VA 22201-3873

Paul Gregory Leahy
Office of the United States Trustee
280 South First Street
Room 268
San Jose, CA 95113-3000

Lending Point/FinWest Bank
1201 Roberts Blvd., Suite 200
Kennesaw, GA 30144-3612

Nissan Motor Acceptance Company LLC
PO Box 660366
Dallas, TX 75266-0366

OCDM Direct Mail Marketing
2672 Dow Ave.
Tustin, CA 92780-7208

Office of the U.S. Trustee / SR
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco CA 94102-3661

Case: 24-10245   Doc# 82   Filed: 03/12/25   Entered: 03/12/25 17:08:21   Page 4 of 5

Eddie Ranchigoda
18091 Comstock Ave.
Sonoma, CA 95476-4259

Regional Finance
1325 Spruce, Suite 300
Riverside, CA 92507-0505

SBA
CESC - COVID EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155-2243

TAM Printing
2961 E. White Star Ave.
Anaheim, CA 92806-2630

(p)U S  ATTORNEY'S OFFICE  NORTHERN DISTRICT
450 GOLDEN GATE AVENUE
9TH FLOOR
SAN FRANCISCO CA 94102-3419

U.S. Small Business Administration
c/o Eric J. Adams
455 Market St., 6th Fl.
San Francisco, CA 94105-2449

U.S. Small Business Administration
Attn: District Counsel
455 Market St, Suite 600
San Francisco, CA 94105-5472

Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158-3686

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Expansion Capital Group
5801 S. Corporate Place
Sioux Falls, SD 57108

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3400

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Not Assigned - SR

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38