

ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses:
nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor /
debtor-in-possession

The following constitutes the order of the Court.
Signed: March 13, 2025

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

In re:

DWJC HOLDINGS, INC.,

      Debtor.

)
)
)
)
)
)
)
)
)
)
)

Case No. 24-10245 CN
Chapter 11

**ORDER GRANTING APPLICATION FOR FINAL DECREE**

**Judge: Hon. Charles Novack**

Upon consideration of Debtor's APPLICATION FOR FINAL DECREE (the "APPLICATION") (Dkt No. #75) filed and served on December 16, 2024, the documents and records on file herein, GOOD CAUSE appearing and there being no objections:

IT IS HEREBY ORDERED that the APPLICATION is GRANTED.

**\*\*END OF ORDER\*\***